SLOAN & SWEENEY v. ETTA HART et al.

(Filed 12 October, 1910.)

**Appeal and Error—Former Appeal.**

The trial judge having followed the opinion in this case reported 150 N. C., 269, no error has been committed by him.

APPEAL from *Cooke, J.,* at the May Term, 1910, of NEW HANOVER.

*Robert Ruark* for plaintiffs.
*E. K. Bryan* and *J. D. Bellamy* for defendants.

PER CURIAM. This case was before this Court at Spring Term, 1909, and is reported 150 N. C., 269. By the opinions then rendered certain matters were settled. It was settled that the defendants made a valid and binding contract of lease with the plaintiffs, and that there had been a breach of that contract, for which breach plaintiffs were entitled to recover damages; that the entire damages for the breach of the contract are to be recovered in this action; that the trial judge committed error in his charge to the jury as to damages, and that the defendants were entitled to a new trial upon the issue as to damages.

Under our judgment the Superior Court had no power to try any other issue except that relating to damage.

In the trial before Judge Cooke at May Term, 1910, the issue as to damage was again submitted to the jury. We find no reversible error and are of opinion that his Honor carefully followed the rule of damage laid down in the opinion of this Court.